**Opinion issued January 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00661-CV

_____

## IN RE FRANK C. POWELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Frank C. Powell, filed a petition for writ of mandamus compelling the trial court to hold a hearing on relator's formal bill of exception.[1] After the petition was filed, our Court issued an order in relator's related appeal (Case No. 01-23-00224-CV) abating the appeal for the trial court to conduct a hearing on relator's

---

[1] The underlying case is *Commission for Lawyer Discipline v. Frank C. Powell*, cause number 2021-56827, pending in the 270th District Court of Harris County, Texas, the Honorable Terri Holder sitting by assignment.

bill of exception. The trial court subsequently conducted the ordered hearing. Accordingly, we dismiss the mandamus petition as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.